IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| MATTHEW GANNAWAY and JESSICA GANNAWAY, individually and as next friends and parents to ETHAN GANNAWAY,<br><br>Plaintiffs,<br><br>vs.<br><br>GRINNELL-NEWBURG SCHOOL DISTRICT, JEFF KIRBY, TODD ABRAHAMSON, and NIKKI TEWS,<br><br>Defendants. | No. 4:14-cv-00355-REL-CFB<br><br>**ORDER** |

This matter came before the Court on Plaintiffs' Motion to Stay [ECF #6]. Appearing were Roxanne Conlin and Catherine Lucas. Based upon a review of the pleadings and discussions with counsel the Court FINDS and ORDERS:

1. There is a parallel state case which is in early stages; Plaintiffs allege that the outcome in the state case may impact issues in the instant federal case. Plaintiffs request that the federal case be stayed pending the outcome of the state case. Defendants resist staying the federal action in its entirety; Defendants request the Court to rule on the Motion to Dismiss [ECF #3].

2. Plaintiffs have now resisted the Motion to Dismiss in the federal case. The Court finds that this dispositive motion should be ruled upon. Therefore, Plaintiffs' Motion to Stay [ECF #6] is denied.

3. Within 30 days of the Court's ruling on the Motion to Dismiss [ECF #3], if there are issues remaining in the federal case, the parties shall submit a joint status report and proposed scheduling order indicating the status of the state action.

IT IS SO ORDERED.

Dated this 25th day of February, 2015.

Celeste F. Bremer

**CELESTE F. BREMER**
**CHIEF UNITED STATES MAGISTRATE JUDGE**