UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

Gannaway et al

Plaintiff

v

Grinnell-Newburg School District et al

Defendant

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 4:14-cv-00355

○ JURY VERDICT . This action came before the Court for trial by jury. The issues have been tried and the jury has rendered its verdict.

◉ DECISION BY COURT. This action came before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

that the Court found in favor of the defendants and against the plaintiffs.

Date: 4/30/2015

CLERK, U.S. DISTRICT COURT

/s/ Madison Lancaster

By: Deputy Clerk